IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MELVIN L. PERKINS**      **PLAINTIFF**

v.      **CIVIL ACTION NO. 1:19-cv-00081-RHWR**

**ELVIN WHITAKER et al.**      **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order entered this day dismissing the claims against the remaining Defendants without prejudice, final judgment in favor of Defendants is hereby entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED**, this the 8th day of February, 2022.

*s/ Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE